THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WOOLLARD, Appellant, against NICHOLAS J. FAHREN-KOPF, as Commissioner of Assessments of the City of Albany, et al., Respondents.

Argued March 7, 1939; decided April 11, 1939.

*Michael D. Reilly* and *Ernest B. Morris* for appellant.
*Joseph J. Casey, Corporation Counsel* (*John E. Wisely* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.